1  **Max C. Fischer, SBN 226003**
   mfischer@sidley.com
2  **Heather C. Aspell, SBN 274489**
   heather.aspell@sidley.com
3  **SIDLEY AUSTIN LLP**
   **555 West Fifth Street, Suite 4000**
4  **Los Angeles, California 90013**
   **Telephone: (213) 896-6000**
5  **Facsimile: (213) 896-6600**

6  **Attorneys for Defendant**
   **Novo Nordisk, Inc.**

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| HENRY KIM, an individual, | CASE NO. CV13-01142 RSWL (AJWx) |
|---|---|
| Plaintiff, | **ORDER RE: STIPULATION FOR DISMISSAL** |
| v. | |
| NOVO NORDISK INC., a Delaware Corporation and DOES 1 through 30, inclusive, | Complaint Filed: January 14, 2013<br>Removal Date: February 15, 2013<br>Trial Date: June 24, 2014 |
| Defendants. | |

The above-captioned action is hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

**IT IS SO ORDERED.**

DATED: August 15, 2013

**RONALD S.W. LEW**

HONORABLE RONALD S.W. LEW
Senior U.S. District Judge